No. 13,622.

ELLENBERGER *v.* MILLIGAN, ASSIGNEE.

From the Marion Circuit Court.

*L. Ritter, E. F. Ritter, B. W. Ritter, J. B. Julian* and *J. F. Julian*, for appellant.

*H. J. Milligan*, for appellee.

MITCHELL, J.—The facts in this case, and the questions of law arising thereon, are in no material respect different from those presented in the case of *Seibert* v. *Milligan, ante*, p. 106.

For the reasons given in that case the judgment of the circuit court is affirmed, with costs.

Filed March 15, 1887.